IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSEPH W. HIGGINS,

                Petitioner,

      vs.

DOUGLAS COUNTY DISTRICT
COURT, and LINCOLN REGIONAL
CENTER,

                Respondents.

**8:17CV104**

**MEMORANDUM
AND ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus (Filing No. 1) and a Motion for Leave to Proceed in Forma Pauperis (Filing No. 2). Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's motion, leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1) (requiring the plaintiff to submit an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor").

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) is granted. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 28th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge